**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN CASTELLANOS-GUZMAN,

Petitioner,

v.

B. BIRKHOLZ,

Respondent.

Case No. 2:25-cv-12431-FMO-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) the Motion to Dismiss is granted because Petitioner has been granted the relief he seeks; and (2) judgment be entered dismissing the action without prejudice.

DATED: August 7, 2026

/s/

HON. FERNANDO M. OLGUIN
United States District Judge