JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN CASTELLANOS-GUZMAN,

Petitioner,

v.

B. BIRKHOLZ,

Respondent.

Case No. 2:25-cv-12431-FMO-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

DATED: August 7, 2026

/s/

HON. FERNANDO M. OLGUIN
United States District Judge